**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ed-george   for the family parenteau | 1:09-CV-869 (GTS/DRH) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Kathleen Burns, et al. | Summons and Complaint |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Town of Lloyd

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
25 Milton Avenue, Highland, NY  12528

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ed-george [for the family parenteau]
General Post Office
Kearny, N.J., the land [07032]

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 18 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the summons, complaint, General Order 25 and copy of the Report,
Recommendation and Order dated 8/6/09 upon the above named defendant.

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 05 2010
Syracuse

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
Suzanne Gunter, Deputy Clerk

TELEPHONE NUMBER: 518-257-1800
DATE: 8/6/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 52 | District to Serve No. 52 | Signature of Authorized USMS Deputy or Clerk | Date 12-28-09 |
|---|---|---|---|---|---|
| | 6 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am pm |
| | Signature of U.S. Marshal or Deputy  J.P.   |

| Service Fee 8- | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 8- | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:  Serva via USPS  12-28-09
299 Form Rec'd   WE

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ed-george for the family parenteau | 1:09-CV-869 (GTS/DRH) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Kathleen Burns, et al. | Summons and Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Anthony Kalimeras

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
25 Milton Avenue, Highland, NY 12528

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ed-george [for the family parenteau]
General Post Office
Kearny, N.J., the land [07032]

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 18 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the summons, complaint, General Order 25, and copy of the Report-Recommendation and Order dated 8/6/09 upon the above named defendant.

Signature of Attorney or other Originator requesting service on behalf of:
Suzanne Gunter, Deputy Clerk
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 518-257-1800
DATE: 8/6/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 6 | District of Origin No. 52 | District to Serve No. 52 | Signature of Authorized USMS Deputy or Clerk | Date: 12-28-09 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time: am / pm

Signature of U.S. Marshal or Deputy
J.P...

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8- | | | 8- | | | |

REMARKS: Service via USPS 12-28-09
299 form Rec'd   WE

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ed-george for the family parenteau | 1:09-CV-869 (GTS/DRH) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Kathleen Burns, et al. | Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Darrell Day

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
25 Milton Avenue, Highland, New York      12528

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ed-george [for the family parenteau]
General Post Office
Kearny, N.J., the land [07032]

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 18 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the summons, complaint, General Order 25 and copy of the Report-Recommendation and Order dated 8/6/09 upon the above named defendant.

Signature of Attorney or other Originator requesting service on behalf of:
Suzanne Gunter, Deputy Clerk

☐ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 518-257-1800
DATE: 8/6/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 6 | 52 | 52 | | 12-28-09 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time    am
                               pm

Signature of U.S. Marshal or Deputy
J.P.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8- | | | 8- | | | |

REMARKS: Service via USPS 12-28-09
299 Form Rec'd WE

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF<br>ed-george for the family parenteau | COURT CASE NUMBER<br>1:09-CV-869 (GTS/DRH) |
|---|---|
| DEFENDANT<br>Kathleen Burns, et al. | TYPE OF PROCESS<br>Summons and Complaint |

**SERVE** ➤ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jeff Cohen

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
25 Milton Avenue, Highland, NY 12528

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ed-george [for the family parenteau]
General Post Office
Kearny, N.J., the land [07032]

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 18 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the summons, complaint, General Order 25, and copy of the Report-Recommendation and Order dated 8/6/09 upon the above named defendant.

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
Suzanne Gunter, Deputy Clerk
TELEPHONE NUMBER: 518-257-1800
DATE: 8/6/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 6
District of Origin No. 52
District to Serve No. 52
Date: 12-28-09

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Service Fee: 8-
Total Charges: 8-

REMARKS: Service via USPS 12-28-09
299 Form Rec'd

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ed-george for the family parenteau | 1:09-CV-869 (GTS/DRH) |
| DEFENDANT | TYPE OF PROCESS |
| Kathleen Burns, et al. | Summons and Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kathleen Burns

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
25 Milton Avenue, Highland, NY 12528

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ed-george [for the family parenteau]
General Post Office
Kearny, N.J., the land [07032]

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 18 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the summons, complaint, General Order 25, and copy of the Report-Recommendation and Order dated 8/6/09 upon the above named defendant.

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF  ☐ DEFENDANT
Suzanne Gunter, Deputy Clerk
TELEPHONE NUMBER: 518-257-1800
DATE: 8/6/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 6 | District of Origin No. 52 | District to Serve No. 52 | Signature of Authorized USMS Deputy or Clerk: R. McDermott | Date: 12-28-09 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: | Time: am / pm

Signature of U.S. Marshal or Deputy: J. Pca___

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $- | | | $- | | | |

REMARKS: Service via USPS 12-28-09
299 Form Rec'd — in E

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ed-george  for the family parenteau | 1:09-CV-869 (GTS/DRH) |
| DEFENDANT | TYPE OF PROCESS |
| Kathleen Burns, et al. | Summons and Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Town of Lloyd being sued as a person

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
12 Church Street, Suite 2, Highland, NY  12528

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ed-george [for the family parenteau]
General Post Office
Kearny,  N.J., the land  [07032]

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 18 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                     Fold

Please serve the summons, complaint, General Order 25 and copy of the Report-Recommendation and Order dated 8/6/09 upon the above named defendant.

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF   ☐ DEFENDANT
*[signature]* Suzanne Gunter, Deputy Clerk

TELEPHONE NUMBER: 518-257-1800
DATE: 8/6/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 6 | 52 | 52 | | 12-28-09 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service     Time     am / pm

Signature of U.S. Marshal or Deputy
*[signature] J.P.C.*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8- | | | 8- | | | |

REMARKS:  Service via USPS 12-28-09
299 Form Rec'd — WE

PRIOR EDITIONS MAY BE USED                     **1. CLERK OF THE COURT**                     FORM USM-285 (Rev. 12/15/80)



**U.S. Department of Justice**

United States Marshals Service

*Northern District of New York*

PO Box 7260
Syracuse, NY 13261-7260

DATE: 4/5/10

CASE NO.: 1:09-CV-869

RE:  ATTEMPTED SERVICE ON

Kathleen Burns, Jeff Cohen, Darrell Day, Anthony Kalimeras, DEFENDANT
Town of Lloyd, Town of Lloyd

TO:

Service of process regarding the above case was attempted on 12/28/09.

Form USM 299, Acknowledgment of Receipt of Summons and Complaint by Mail, was NOT returned to this office within thirty days of initial mailing by the defendant named on the attached USM 285. Therefore, the U.S. Marshals Service, NDNY, is returning the USM 285 unexecuted.

If you desire this office to make any further attempt to serve the summons and complaint on this defendant, please notify us in writing and submit a new US Marshals form USM 285, summons and complaint along with your request for service in accordance with Rule 4 of the Federal Rules of Civil Procedure.

FAILURE TO COMPLETE SERVICE ON A DEFENDANT MAY RESULT IN A DISMISSAL OF YOUR COMPLAINT AGAINST THAT DEFENDANT.

Sincerely,

James J. Parmley
United States Marshal
Northern District of New York

BY: *James J. Parmley*