**U.S. Department of Justice**

United States Marshals Service

*Northern District of New York*

---

*Syracuse, NY 13261*

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 05 2010
Syracuse

**DATE:**

**TO:**     Court Clerk
            Northern District of New York

**FROM:**   Barbara Wright
            Administrative Officer

**SUBJECT:** BILL OF COSTS
             CASE NUMBER: 1:09-CV-869

The United States Marshals Service fees for Service of Process in the above referenced case total $ 48.00.

Please retain this document on file and notify us in the event the plantiff prevails in this action so that we can proceed to collect due costs in this matter.

Thank you.