## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**ed-george a/k/a EDMOND PARENTEAU**

      vs.                                  **CASE NUMBER: 1:09-CV-869**
                                                                              (GTS/DRH)

**KATHLEEN BURNS; ANTHONY KALIMERAS; JEFF COHEN, DARRELL DAY, DAVID M. ACKERT, TOWN OF LLOYD, THE PEOPLE OF THE STATE OF NEW YORK, TOWN OF LLOYD COURT, EUGENE J. RIZZO, AMY SHUMAN, DANIEL M. MARTUSCELLO, RAYMOND COSTANTINO, NANCY E. HAMMOND, MICHAEL HORODYSKI, KEVIN BRENIE, PATRICK PHILLIPS, and TOWN OF LLOYD POLICE DEPARTMENT**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The claims against Raymond Costantino, Nancy E. Hammond, Michael Horodyski, Daniel M. Maruscello, Patrick Phillips, Eugene J. Rizzo, Amy Shuman, the People of the State of New York, Town of Lloyd Court, Town of Lloyd Police Department, David M. Ackert, and Kevin Brenie having been *sua sponte* DISMISSED from this action on September 8th, 2009,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is sua sponte DISMISSED in its entirety without prejudice. Judgment is hereby entered in favor of the Defendants. All of the above pursuant to the Orders of the Honorable District Judge Glenn T. Suddaby, dated the 8th day of September, 2009 and the 27th day of October, 2010.

DATED: October 27, 2010

                                                     *Lawrence K. Baerman*
                                                   Clerk of Court


                                                   s/ Melissa Ennis_____
                                                 Melissa Ennis
                                                 Deputy Clerk